UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No: 22-cr-20353
                                                      Hon. DAVID M. LAWSON

THEODORE TOLOFF,

    Defendant.

---

**WITHDRAWAL OF DEFENDANT
THEODORE TOLOFF'S MOTION FOR BOND PENDING
RESOLUTION OF DEFENDANT'S 28 U.S.C. § 2255 MOTION**

---

Defendant Theodore Toloff (hereinafter "Mr. Toloff") hereby withdraws his Motion for Bond Pending Resolution of Motion Pursuant to 28 U.S.C. § 2255.

                                                      Respectfully Submitted:

Dated: June 25, 2025                       /s/ Loren M. Dickstein
                                                      LOREN M. DICKSTEIN
                                                        LEWIS & DICKSTEIN, P.L.L.C.
                                                       Attorney for the Defendant
                                                     3000 Town Center, Ste. 1330
                                                     Southfield, MI 48075
                                                     (248) 263-6800
                                                     Ldickstein@notafraidtowin.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2025, I electronically filed the foregoing motion with the Clerk of the Court and all parties or their counsel of record through the CM/ECF System, which will send notice to all parties of record or their respective counsel.

              <u>/s/ Loren M. Dickstein</u>
              Loren M. Dickstein